JANUARY 22, 2013

No. 12–130. LEMELLE *v.* ST. CHARLES GAMING CO., INC. Ct. App. La., 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lozman* v. *Riviera Beach, ante,* p. 115.

No. 12–7476. WATTLETON *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).*

No. 12–7548. BACON *v.* EIGHTH JUDICIAL DISTRICT COURT OF NEVADA, CLARK COUNTY, ET AL. Sup. Ct. Nev. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 12–7610. DAVIS *v.* CLARK ET AL. C. A. 10th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 12–7623. CADOGAN *v.* WARREN, WARDEN. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. D–2693. IN RE DISBARMENT OF KIRSHENBAUM. Disbarment entered. [For earlier order herein, see *ante,* p. 938.]